In the Matter of the Will of HENRY EVANS, Deceased.
DAVID RUMSEY, JR., et al., Appellants; ELIZABETH B.
RUMSEY et al., Respondents.

Argued May 23, 1940; decided October 1, 1940.

*John S. Sheppard* for David Rumsey, Jr., et al., appellants.
*Joseph Lorenz* and *John F. X. Finn* for Kenneth E. Sturm et al., appellants.

*William Britton Stitt* as special guardian, appellant.

*Philip J. Dunn* as special guardian, appellant.

*Louis D. Frohlich, David Fogelson, Herman Finkelstein, Arthur H. Schwartz* and *Herbert P. Jacoby* for Elizabeth B. Rumsey et al., respondents.

Orders affirmed, with costs payable out of the estate to all parties appearing separately and filing briefs. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY and LEWIS, JJ. Dissenting: SEARS, J. Taking no part: CONWAY, J.